**Opinion issued March 12, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-18-00926-CR**

———————————

**ROBERTO VALENTE RODRIGUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 83rd District Court**
**Val Verde County, Texas**
**Trial Court Case No. 13865CR**

---

## MEMORANDUM OPINION

Appellant, Roberto Valente Rodriguez, has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). *See* TEX. R. APP. P. 42.2(a). The State has not opposed this motion. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.

Do not publish. TEX. R. APP. P. 47.2(b).